# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| FAITH THOMPSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 5:18-CV-06041-BCW ) |
| CRIMINAL WATCHDOG, INC., | ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination, it is hereby

ORDERED that the above-styled action is DISMISSED with prejudice. In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 45 days of the date of this Order. In addition, the Court retains jurisdiction over enforcement of the settlement agreed to by the parties.

IT IS SO ORDERED.


Dated: May 1, 2018          /s/ Brian C. Wimes
                            JUDGE BRIAN C. WIMES
                            UNITED STATES DISTRICT COURT